## PASKOWITZ LAW FIRM P.C.
## FIRM  RESUME

The Paskowitz Law Firm PC specializes in class actions brought on behalf of shareholders and consumers, and has wide experience in antitrust matters, general business litigation, and shareholder's derivative litigation.  The Firm's founder, Laurence Paskowitz, has been appointed lead or co-lead counsel in over 300 securities and consumer class actions.  He previously served as a partner in two law firms, and has represented a wide range of clients, from small shareholders to investment funds.

In the consumer realm, the Firm has pursued class actions in cases involving "vanishing" life insurance premiums; overpriced foods; vitamin supplements that do not provide the benefits advertised; a conspiracy to raise the prices of glassware; misleading food packaging; surprise subscriptions for Internet services; and confusing privacy settings on Facebook. In September 2020, the Firm and its co-lead counsel defeated a motion to dismiss by Whole Foods in a class action case seeking damages for consumers who purchased that company's bottled water brand, which contains high levels of arsenic. *Berke v. Whole Foods Mkt.*, No. CV 19-7471 PSG (KSx), 2020 U.S. Dist. LEXIS 184346 (C.D. Cal. Sep. 18, 2020).  In *Press v. J Crew Group, Inc.*, pending in Ventura

County Superior Court, the Firm was co-lead counsel in a consumer action which in 2019 obtained a very substantial cash settlement for misled shoppers. The Firm and its co-lead counsel are currently prosecuting consumer actions concerning the practices of Whole Foods, Rite Aid, Natrol, LLC and Folgers Coffee.

The Firm has enjoyed a number of recent successes. For example, in June 2020, the Paskowitz Firm, and its Co-Lead Counsel, won a reversal of a District Court dismissal from the Third Circuit Court of Appeals, thus reviving claims that the proxy laws were violated in connection with a multi-billion dollar bank merger. In another case, in March 2020, the Paskowitz Firm and its Co-Lead Counsel turned back a motion to dismiss a class and derivative suit seeking the return of over $80 million a public company allegedly looted from its subsidiary.[1] Also in 2020, the Firm was retained by investment manager Camac Fund, LP in connection with a multi-million dollar appraisal and shareholder oppression action pending in Connecticut Superior Court.

The Firm is well known in the Delaware Chancery Court, where much of the nation's business litigation is conducted. We were appointed Co-Lead Counsel by former Delaware Chief Justice Strine in a Delaware class action brought against Google, Inc. and its directors concerning a reclassification of

---

[1] *Berger v. Transcon. Realty Inv'rs, Inc.,* 2020 U.S. Dist. LEXIS 55556 (N.D. Tex. Mar. 31, 2020).

Google stock into voting and non-voting shares. Two days before trial, the action settled, for significant financial and therapeutic relief. The settlement was approved on October 28, 2013. The Firm was also instrumental in achieving a $59 million settlement on behalf of Under Armour shareholders in a very similar case that was resolved in early 2016. In addition, the Paskowitz Law Firm was appointed Co-Lead Counsel by the Delaware Court of Chancery in *In re Cablevision/Rainbow Media Tracking Stock Litigation, Cons*. C.A. No. 19819, which resulted in an $8.25 million class settlement, which was approved in 2008. In 2015, acting as co-lead counsel in a derivative suit brought on behalf of Jakks Pacific Inc. in California federal court (but governed by Delaware law), the Firm achieved a settlement valued by plaintiffs' expert as worth $20-40 million.

The Firm has also had success in the Delaware federal District Court. As co-lead counsel in *In re MBNA Corp. Derivative and Class Litigation*, a case filed in the United States District Court for the District of Delaware, we secured $7 million in benefits in 2009. Additionally, we were appointed in January 2010 by the United States District Court for the District of Delaware to serve as co-lead counsel in a shareholder's derivative suit brought on behalf of Intel Corp. concerning approximately $2.7 billion paid by Intel in fines and settlements stemming from alleged antitrust law violations. That action that led to a settlement involving important corporate governance reforms.

The Firm welcomes cases that present novel issues of law. While at the predecessor firm of Abraham & Paskowitz, Mr. Paskowitz and his partner recovered $20 million in cash in an unprecedented "short swing" insider trading case--then the largest cash recovery ever achieved in a case of that nature. *Steiner v. Williams*, 2001 U.S. Dist. LEXIS 7097 (S.D.N.Y. May 31, 2001)("Here the shareholders...received a $20,000,000 benefit as a sole result of the diligence and sagacity of Plaintiff's counsel.").

The Paskowitz Law Firm served as lead counsel or co-lead counsel in *Steven Madden Corp. Derivative Litigation* (achieving $8.6 million derivative settlement in action alleging unfair employment contract for CEO who was convicted of money laundering and securities fraud)*;* and played a key role in achieving a $41 million settlement in *In re New Power Secs. Litig*, 02 CV 0550 (SDNY), a case under Section 11 of the 1933 Securities Act where the firm actively represented the Co-Lead Plaintiff.

We also served as lead counsel in *Berger v. Scharf,* a class action pending in New York Supreme Court on behalf of shareholders who were harmed when the directors breached their fiduciary duties by voluntary de-listing the company's public shares.  In that case, prior to a successful settlement, we prevailed on a motion to dismiss in a decision which made new law regarding shareholder rights. *Berger v. Scharf*, 2006 N.Y. Misc. LEXIS 674 (N.Y. Sup.

Mar. 29, 2006).

*******

Mr. Paskowitz graduated from Hofstra Law School in 1983 with highest honors, after serving as an editor of the Hofstra Law Review.  He began his career at what was then Pomerantz Levy Haudek & Block (now Pomerantz LLP), a firm founded by the late Abraham Pomerantz, who was often referred to as "the father of the shareholder class action."  During his tenure there as an associate from 1983-89, Mr. Paskowitz played a principal role in a variety of cases involving tender offers, mergers, securities fraud, and antitrust law.

Mr. Paskowitz joined Wolf Popper Ross Wolf & Jones in 1989 (now Wolf Popper, LLP), became a partner in 1991, and then Chairman of the Corporate and Commercial Litigation Department in 1995.  Wolf Popper is one of the most prominent national firms specializing in shareholder and consumer rights, and complex corporate litigation. While there, Mr. Paskowitz served as lead counsel or co-lead counsel on more than two dozen shareholder actions, including class and derivative actions involving excessive compensation.  Mr. Paskowitz won settlements of $12 million derivatively on behalf of Brooke Group, Inc., a similar amount for Citizens Utilities Corp., and $9 million for Lin Broadcasting Corp. Mr. Paskowitz also played a leading role in obtaining class action settlements in securities fraud actions against Tenneco Corp. ($50 million settlement);

McDonell Douglas Equipment Leasing Securities Litigation ($35 million recovery); Valley National Corp. ($10 million settlement); and Security Pacific Corp. ($9 million settlement).  From 1997-2000, Mr. Paskowitz was a sole practitioner, who continued to specialize in shareholder litigation.  During this period, he was among a team of lawyers who initiated the shareholder litigation over the collapse of USN Communications, an action which was resolved for $45 million.

In 2000, Mr. Paskowitz formed the firm of Abraham & Paskowitz.  During his tenure at that firm, Mr. Paskowitz served as lead or co-lead counsel for cases that achieved substantial recoveries, including *In re Netcreations Shareholder Litigation* (improvement in buyout price of $12 million for class of investors) and *In re CSFBdirect Shareholders Litigation* (shareholders who objected to unfair tender offer price paid $36 million more for their shares pursuant to settlement).

The Firm's experience has included antitrust class actions involving products such as copper tubing, flat glass, compact discs, shipping rates, internet advertising, and various other matters.

Mr. Paskowitz has published articles that have appeared in the *Hofstra Law Review* and *The New York Law Journal,* and has been a member of the New York State Bar Association Committee on Class Actions.  Mr. Paskowitz has been admitted to the U.S. District Courts for the Southern and Eastern Districts of

New York, the District of Arizona, and the Federal Courts of Appeals for the Second, Third, Fifth and Eighth Circuits. He has practiced before federal and state courts throughout the country, and before the Judicial Panel on Multidistrict Litigation.